# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION INDUSTRY LABORERS PENSION FUND, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 07-0268-CV-W-DW<br>) |
| RICHARDSON CONSTRUCTION, INC., | )<br>) |
| Defendant. | ) |

## ORDER

Upon Stipulation for Dismissal filed by the parties in this action, the Court hereby ORDERS the above entitled cause be dismissed with prejudice with each party bearing their own costs in accordance with the terms of the Release and Settlement Agreement between the parties (Doc. 10).

It is FURTHER ORDERED that this Court shall retain jurisdiction over the Release and Settlement Agreement between the parties for purposes of enforcement of its terms.

Date:   October 23, 2007                              /s/ Dean Whipple
                                                                    Dean Whipple
                                                          United States District Judge